IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

Sease Michael Beard  1251289  )
(full name)        (Register No).  )
_____ )
_____ )
            Plaintiff(s).        )  Case No._____
                                 )
v.                               )
                                 )
                                 )
Doris Falkenrath JCCC (MDOC) Warden  )  Defendants are sued in their (check one):
(Full name)                          )  ___ Individual Capacity
Nathan Falter COIII At Jefferson City )  ___ Official Capacity
Correctional Center                   )  _X_ Both
            Defendant(s).

## COMPLAINT UNDER THE CIVIL RIGHTS ACT OF 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): Jefferson City Correctional Center

II. Parties to this civil action:
Please give your commitment name and any another name(s) you have used while incarcerated.

A. Plaintiff Sease Michael Beard   Register No. 1251289
   Address  8200 No More Victims Road

B. Defendant See Attachment II. B. Defendants
   Is employed as _____

For additional plaintiffs or defendants, provide above information in same format on a separate page.

1

Case 2:21-cv-04211-SRB   Document 1   Filed 11/03/21   Page 1 of 5

II.B. Defendants

Jeremy Epps was employed as a sergeant, Correctional Officer II at Jefferson City Correctional Center for the State of Missouri during time of incident.

Calderon is employed as a Correctional Officer I at Jefferson City Correctional Center for the State of Missouri.

III. Do your claims involve medical treatment? Yes ✓ No ___

IV. Do you request a jury trial? Yes ✓ No ___

V. Do you request money damages? Yes ✓ No ___

State the amount claimed? $_____ / _____ (actual/punitive)

VI. Are the wrongs alleged in your complaint continuing to occur? Yes ___ No ✓

VII. Grievance procedures:

A. Does your institution have an administrative or grievance procedure?
Yes ✓ No ___

B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ✓ No ___

C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
See Attachment C1-89

D. If you have not filed a grievance, state the reasons.

VIII. Previous civil actions:

A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓

B. Have you begun other cases in state or federal courts relating to the conditions of or treatment while incarcerated? Yes ___ No ✓

C. If your answer is "Yes," to either of the above questions, provide the following information for each case.

(1) Style: _____
        (Plaintiff)                    (Defendant)
(2) Date filed: _____

2

(3) Court where filed: _____

(4) Case Number and citation: _____

(5) Basic claim made: _____

(6) Date of disposition: _____

(7) Disposition: _____
                (Pending) (on appeal) (resolved)
(8) If resolved, state whether for: _____
                              (Plaintiff or Defendant)

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

See Attatchment IX.Statement of Claim ¶ 1-23

B. State briefly your legal theory or cite appropriate authority:

See attutchment IX. Statement of Claim ¶ 24-28

3

X.  Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.
    See Attatchment ~~OF 555~~ X. Prayer For Relief 29-35

XI. Counsel:

   A. If someone other than a lawyer is assisting you in preparing this case, state the person's name. DAirian Stanley #1264521

   B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?    Yes ___ No ✓

   If your answer is "Yes," state the names(s) and address(es) of each lawyer contacted.

   C. Have you previously had a lawyer representing you in a civil action in this court?
                                                          Yes ___   No ✓

   If your answer is "Yes," state the name and address of the lawyer.


**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 31st day of October 20 21.

_/s/ signature_
Signature(s) of Plaintiff(s)