# JEFFERSON CITY CORRECTIONAL CENTER



# IRR Response

**Offender:** Sease Beard #1251289
(IRR #JCCC 21-429)

Date: 04/15/2021

### OFFENDER COMPLAINT:

The Informal Resolution Request you submitted has been reviewed. You claim that there is a conflict of interest and cruel and unusual punishment due to you being a transgender.

### FORMAL RESPONSE:

I have reviewed your complaint and information, I find that staff filled out a Cross Gender Search Mo 931-4701. This issue is moot.

IRR Denied

_[signature]_　　　　04/15/2021
**Corrections Case Manager**　Date
Jackie Petri
Investigator

_[signature]_　　　　4/15/2021
**Functional Unit Manager**　Date
Todd, Matthew
Respondent

_[signature]_　　　　4/15/2021
**Assistant Warden**　Date

Reviewer



**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**INFORMAL RESOLUTION REQUEST**

INSTITUTION USE ONLY ☐ EMERGENCY COMPLAINT

C2

| OFFENDER NAME | | DOC NUMBER |
|---|---|---|
| Ms. Sesse Beard | | 1251089 |

| DATE STAFF RECEIVED IRR | COMPLAINT NUMBER | CATEGORY | HOUSING UNIT |
|---|---|---|---|
| 4/9/21 | 21-429 | Due Process | 8 BAS |

**COMPLAINT - ONE ISSUE - BE SPECIFIC**

I was violated my Rights as a Transgender Women to be free from Cruel And Unusual Punishment. And to freedom of Speech. Under the 5th and 1st Amendments of the U.S. Constitution

**STATE YOUR PROBLEM BRIEFLY**

On 03-30-2021 A use of Unessary force was used against me in T Hoese on B-wing in front of cell 107, 108 And 109. Then once I was fully Restrained they looked me into Cell 108 And Proceded to Cut my shirt And shirt off And pull my spats off. The only thing I had left on were a Pair of Panties. Then they carried me to the Rubber room # 117 Pell

**ACTION REQUESTED: STATE REMEDIES YOU ARE SEEKING**

I Am requesting to be moved to a different Housing Since I do Not feel Safe or Comfortable around these officers/staff. Or these staff members be Prohibited to be in direct in direct contact with me.

**STAFF USE ONLY**

**DISCUSSION OF COMPLAINT (SUMMARIZE RESULTS OF MEETING)**

Paper was completed per policy

☐ IRR RESOLVED BY DISCUSSION/WITHDRAWN   ☒ IRR NOT RESOLVED BY DISCUSSION

| OFFENDER SIGNATURE | DATE | STAFF SIGNATURE | DATE |
|---|---|---|---|
| | 4/9/21 | Green | 4/9/21 |

**STAFF FINDINGS/RESPONSE**

Use of force was review and cross gender Search mo 931-9701 were completed

| INVESTIGATING STAFF SIGNATURE | DATE | RESPONDENT SIGNATURE | DATE |
|---|---|---|---|
| | 4/15/21 | Matt ____ Fun | 4/15/2021 |

| REVIEWER SIGNATURE | DATE | RESULTS |
|---|---|---|
| ACW | 4/19/21 | ☐ SATISFACTORY  ☐ UNSATISFACTORY |

YOU HAVE THE RIGHT TO FILE A FORMAL GRIEVANCE. YOU MUST FILE A GRIEVANCE FORM WITH THE DESIGNATED STAFF WITHIN SEVEN (7) DAYS FROM THE DATE YOU RECEIVE THIS RESPONSE. FAILURE TO SUBMIT A GRIEVANCE WITHIN THIS TIME FRAME CONSTITUTES ABANDONMENT.

| OFFENDER SIGNATURE | DATE |
|---|---|
| | 4/20/21 |

MO 931-3376 (12-04)

Page #2 Informal Resolution Request.

In view of multiple male offenders and staff. During this whole situation I was screaming. I am a transgender woman and I feel very uncomfortable being stripped by all male officers forcibly and being displayed in front of multiple male offenders. Then they placed me into a Restraint device called "the Wrap" without a Bra or T-shirt on again. All of these actions were subjecting me to Psychological Trauma by subjecting me to cruel and unusual punishment. All of this was done to me because I wanted to express my gender as a woman and dress in a T-shirt and Skirt. The employees that I remember seeing (even though there was more present), were Lieutenant Falter, Sergeant Epps, Officer Cordiyan (-Placing me in the Wrap) and some investigator guy. Please note, he had a hand held recording device with him. All of this was on camera except the part where they carried me into my Room and cut all my clothes off, which exposed my body Nearly Naked. Also, I was being Refered to as "Him, His, and He". That is also against the Jefferson City Correctional Centers' Standard Operating Procedure which is "Transgender and Intersex Offenders". The approximate time of this incident was somewhere between 12PM to 4PM. The date also may have been 03-29-2021. Definitly one of these dates (see next page) →

Page #3 Informal Resolution Request,

Being free from Cruel and unusual punishment is US United States Constitutional Law 8th Amendment. Also, my rights were Violated under the 1st Amendment which is freedom of Speech. Which includes (but Not limited to), Speech, Expression of Ideas in writing, Gender Identity, Mannerisms, Clothing, Grooming etc... Also. Due to the use of Force in side of cell No 8 I have obtained bruises from these Male officers Applying so much unessary force. I've tried to have pictures taken of all these things but cannot get this taken care of. However, medical should have all of this documented because they Asked me about it all. I Am Requesting this be Considered an emergency complaint.

Please Note, since this Above stated Day and Incidents, That Sergeant Epps, And Liutenant Falter have skipped me on showers. Even After I have filed a PREA on every Body involved in that occurance. This is Clearly Blatent Retaliation. And it is also my belief that due to my Gender Identity I have been repeatedly Discriminated against.

Sease Beard
#1251284
H.U. 8-B-65




# Missouri Department of Corrections

## Jefferson City Correctional Center

## WARDEN'S RESPONSE

**TO**: Sease Beard #1251289
**CATEGORY**: Force – Excessive Force
**LOG#**: JCCC-21-429
**DATE**: May 24, 2021

    I have received your grievance and pertinent information concerning your complaint of abuse by staff. You contend you were subjected to cruel and unusual punishment, which caused severe mental and emotional distress. You also contend you were stripped out in front of other offenders and staff and your breasts were exposed. You are requesting to be moved to a different housing unit and the staff members involved be prohibited from having contact with you.
    Be advised, I have conducted an administrative review of your claims. You received a conduct violation which resulted in a use of force on March 31, 2021. The reporting officer opened the food service port to give you toilet paper and you held your food service port hostage. You were given directives to remove your arm and you refused to do so. In an earlier incident, beginning on March 30th and continuing on March 31st, you were placed in a dress out cell to be processed into a suicide cell. You refused to allow wrist restraints. You were escorted restrained and then became combative after leg restraints were removed. You were placed against the wall and floor so the restraints could be removed. In both instances, Custody Staff utilized verbal directives and CIT. I cannot substantiate your claims at this time. Therefore, I do not find in your favor. Your grievance is denied.

    If you disagree with this response you have (7) days from the day you sign the grievance in which to file a grievance appeal.

Warden: _____  Date: 6/03/21




**STATE OF MISSOURI**
**DEPARTMENT OF CORRECTIONS**
**OFFENDER GRIEVANCE**

(7) Force-Abuse  C7

| GRIEVANCE NUMBER | IRR NUMBER | DATE FILED |
|---|---|---|
| JCCC-21-429 | 21-429 | APR 26 2021 |

INSTITUTION USE ONLY

| OFFENDER LAST NAME | FIRST | DOC NUMBER | HOUSING UNIT | UNIT | INSTITUTION |
|---|---|---|---|---|---|
| Beard | Lecne | 1251289 | 8B | 10 S | JCCC |

### OFFENDER GRIEVANCE/REQUEST

On 03-30-21 I was subjected to Cruel & unusual Punishment which is 8th Amendment of the U.S. Constitutional Rights by Sergeant Epps Lieutenant Fulter and several other officers. They have caused me severe Mental and Emotional Strain. Caused me to have Flashbacks of my Childhood when I was forcibly Raped by my father and beat because I dressed like a girl (who I am) By Displaying me inappropriately and maliciously infront of several offenders and male Staff. I was stripped all the way down to Nothing except a pair of Panties. My Breasts were exposed to all male officers and Inmates. All because I was being a girl and expressing my Gender, which I have a right to do by the first Amendment Freedom of Speech of the United States Constitution of Rights

OFFENDER SIGNATURE: [signature]
DATE: 04-22-21

### SUPERINTENDENT RESPONSE

SUPERINTENDENT/SECTION HEAD: [signature]
DATE: 6/03/21

You have the right to appeal this decision to a division director. You must file an appeal form with the grievance officer within seven (7) days from the day you receive this decision. Failure to submit an appeal within this time frame constitutes abandonment of the grievance.

☐ I ACCEPT THIS DECISION       ☐ I APPEAL THIS DECISION

OFFENDER SIGNATURE:            DATE:

MO 931-3377 (12-04)



Michael L. Parson
Governor

Anne L. Precythe
Director



2729 Plaza Drive
P. O. Box 236
Jefferson City, MO 65102
Telephone: 573-751-2389
Fax: 573-526-0880

## State of Missouri
## DEPARTMENT OF CORRECTIONS
*"Improving Lives for Safer Communities"*

### GRIEVANCE APPEAL RESPONSE

July 26, 2021

Sease Beard
Register #1251289
Jefferson City Correctional Center

RE:     JCCC-21-429
          Use of Force
          Received on June 21, 2021
          Reviewed on July 26, 2021

Your appeal dated June 6, 2021, has been reviewed. Your inappropriate actions on March 30, 2021, resulted in a use of force. The use of force was reviewed and it was determined the force employed was that minimally necessary to control the incident and maintain good order and security. You failed to provide any evidence to support your complaint. Your appeal is denied.

Jason Lewis
Deputy Division Director
Division of Adult Institutions

OFFENDER'S COPY

JL/js



# STATE OF MISSOURI
## DEPARTMENT OF CORRECTIONS
### OFFENDER GRIEVANCE APPEAL

| GRIEVANCE NUMBER | DATE FILED |
|---|---|
| JCCC-21-429 | JUN 15 2021 |

| OFFENDER NAME (LAST NAME, FIRST) | DOC NUMBER | INSTITUTION |
|---|---|---|
| Beard, Sease | 1251289 | JCCC |

**REASON FOR APPEAL**

The Grievance Response I Recieved on 06-04-21 did not adequately address my complaint as it had absolutly nothing to do/ or Associate with my complaint. My complaint being Subject to Cruel and unusual Punishment which is a direct violation of my U.S. Constitutional Rights specifically being the 8th amendment. Also being Denied my right to Freedom of Speech — the first Amendment of the U.S. Constitution. Jefferson City Correctional Facility also has an (SOP) Standard Operating Proceedure, Transgender and Intersex offenders that also states I have a right to Gender expression as a Transgender Woman/offender. My current complaint being, on 03-30-2021 A use of unessessary force was used against me in Housing unit 8. on B wing in front of cells 107, 108 and 109. Then Once I was fully Restrained they Carried me into cell 108 and Proceeded to Cut my Shirt and skirt off and took my socks off. The only thing I had left on (see attatch)

OFFENDER SIGNATURE: LMR
DATE: 06-06-21

**RESPONSE**



RECEIVED JUN 21 2021
DIV OF ADULT INSTITUTIONS
CO GRIEVANCE UNIT

| SIGNATURE | DATE |
|---|---|
| | |

Finalization of this appeal represents exhaustion of this grievance pursuant to federal law, 28 CFRs 40

| OFFENDER SIGNATURE | DATE |
|---|---|
| | |

MO 931-3376 (5-03)

Case 2:21-cv-04211-SRB   Document 1-2   Filed 11/03/21   Page 8 of 9

10/4/21 ???

M.S. Sease Beard #1251284
J.C.C.C.
8200 No More Victims Road
Jefferson City, MO. 65101

RECEIVED
2021 NOV -3 PM 12:04
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF MO
JEFFERSON CITY, MO

Clerk of the United States District Court
400 East Ninth Street
Kansas City, Missouri 64106

MAILED FROM
JEFFERSON CITY
CORRECTIONAL CENTER

MID-MISSOURI 652
NOV 01 2021 PM