(To whom it may Concern)                              10-31-2021
I am a Transgender (MTF) Woman and I prefer the Pronouns ~~She~~ MS. She/Her/Hers. Thank you very much.

MS. Sease Beard
#1251289

M.S. Sease Beard #1251284
J.C.C.C.
8200 No More Victims Road
Jefferson City, MO. 65101

Clerk of the United States District Court
400 East Ninth Street
Kansas City, Missouri 64106

RECEIVED
2021 NOV -3 PM 12:04
[CLERK U.S. DISTRICT COURT]
[WESTERN DIST. OF MO.]
[JEFFERSON CITY, MO]

MAILED FROM
JEFFERSON CITY
CORRECTIONAL CENTER

MID-MISSOURI 652
MON 01 NOV 2021 PM

FOREVER / USA
FOREVER / USA
FOREVER / USA