UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| SEASE M. BEARD, <br> Plaintiff, <br> vs. <br> DORIS FALKENRATH, et al. <br> Defendants. | No. 21-4211-CV-C-SRB-P |

## MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

Pursuant to W.D. Mo. L.R. 83.2, the undersigned attorneys, Karrie Clinkinbeard, Megan Ochs, Nicholas Slovikoski, Skyler Davenport, and Zach Beach, and the law firm of Armstrong Teasdale LLP, move to withdraw as counsel for Plaintiff Sease Beard, and to substitute Jean Paul Bradshaw and Rhett Buchmiller and the law firm of Lathrop GPM LLP as counsel for Sease Beard. In support of this Motion, the undersigned state as follows:

1. Plaintiff filed her Complaint on November 3, 2021.

2. On November 3, 2021, Plaintiff filed a Motion for Appointment of Counsel.

3. On December 10, 2021, the Court granted Plaintiff's Motion for Appointment of Counsel, and requested that Rachel Orr, Karrie Clinkinbeard, and Megan Ochs, who at the time were all with the law firm Armstrong Teasdale, LLP, enter their appearances on behalf of Plaintiff.

4. Rachel Orr, Esq., who was originally appointed by this Court to represent Plaintiff, has since left Armstrong Teasdale LLP to join Lathrop GPM LLP. Under the circumstances, the client was consulted and has requested and consented to the transfer of the case to Lathrop GPM LLP. As a result, Armstrong Teasdale LLP and the undersigned attorneys seek to withdraw as counsel for Plaintiff Sease Beard, and Lathrop GPM LLP and the undersigned attorneys seek to

enter their appearances on her behalf.

5. Good cause exists to grant this request. The case is at the Motion to Dismiss stage and no party will be prejudiced by the withdrawal and transfer. Counsel for Defendants was contacted and does not object to the transfer.

WHEREFORE, attorneys Karrie Clinkinbeard, Megan Ochs, Nicholas Slovikoski, Skyler Davenport, Zach Beach, and the law firm of Armstrong Teasdale LLP respectfully request that the Court issue an Order permitting them to withdraw as counsel of record for Plaintiff Sease Beard and permitting Jean Paul Bradshaw and Rhett Buchmiller and the law firm of Lathrop GPM LLP to appear as counsel for Plaintiff Sease Beard.

ARMSTRONG TEASDALE LLP

By: /s/ *Megan J. Ochs*
Karrie J. Clinkinbeard #51413
Megan J. Ochs #54637
Nicholas D. Slovikoski #73019
Skyler D. Davenport #70017
Zachary Beach #73620
2345 Grand Boulevard, Suite 1500
Kansas City, Missouri 64108-2617
Telephone: 816.221.3420
Fax: 816.221.0786
kclinkinbeard@atllp.com
mochs@atllp.com
nslovikoski@atllp.com
sdavenport@atllp.com
zbeach@atllp.com

LATHROP GPM LLP

By: /s/ *Rhett M. Buchmiller*
Jean Paul Bradshaw #31800
Rhett Buchmiller #72729
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2617
Telephone: 816.292.2000
Fax: 816.292.2001
Jeanpaul.bradshaw@lathropgpm.com
Rhett.buchmiller@lathropgpm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2022, the foregoing was filed electronically with the Court, with notice of the filing generated and sent electronically by the Court's CM/ECF system to all parties of record.

/s/ *Megan J. Ochs*
Attorney for Plaintiff