# UNITED STATES DISTRICT COURT
# WESETRN DISTRICT OF MISSOURI

| | |
|---|---|
| BEARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| DORIS FALKENRATH, ) | Case No. 2:21-cv-04211-SRB |
| ) | |
| *et al.* ) | |
| ) | |
| Defendants. ) | |

## **NOTICE OF APPEAL**

Notice is hereby given that all defendants (Falkenrath, Falter, Carignan, Epps, Matherly, Graff, Petri, Matthew, Lewis, Mauler, Sonne, Dobbins, Bade, and Kitner) appeal to the United States Court of Appeals for the Eighth Circuit from the district court's August 8, 2022, order denying qualified immunity. Doc. 57. *See Mitchell v. Forsyth*, 472 U.S. 511, 525–30 (1985).

Respectfully submitted,

**ERIC S. SCHMITT**
MISSOURI ATTORNEY GENERAL

/s/ *Michael E. Talent*
Michael E. Talent, #322220CA
  *Deputy Solicitor General*

Office of the Attorney General
Supreme Court Building
207 W. High St.
P.O. Box 899
Jefferson City, MO 65102
Tel. (314) 340-4869
Fax (573) 751-0774
Michael.Talent@ago.mo.gov

*Counsel for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2022, a copy of the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

/s/ *Michael E. Talent*
Deputy Solicitor General

*Counsel for Defendants*